```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF WASHINGTON
 3
 4
 5   YAKIMA PACKAGING AUTOMATION, INC.
                                              No. CV-06-3094-FVS
 6             Plaintiff,
                                              ORDER
 7
           v.
 8
 9   VOLM COMPANIES, INC.,
10             Defendant.
11
```

**THIS MATTER** having come before the Court on May 11, 2007, by telephone conference call; the following motions are granted and denied for the reasons indicated by the Court during the course of the hearing; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion to change venue (**Ct. Rec. 10**) is granted.

2. The plaintiff's motion to enjoin (**Ct. Rec. 18**) is denied as moot.

3. The defendant's motion to expedite (**Ct. Rec. 62**) is denied.

4. The defendant's motion for an extension (**Ct. Rec. 65**) is granted.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel and the District Court Executive for the United States District Court for the Eastern District of Wisconsin, Green Bay Division, and close the case in this District.

**DATED** this  17th  day of May, 2007.

 s/ Fred Van Sickle 
Fred Van Sickle
United States District Judge

ORDER - 2